# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 79 |
| | : | |
| DESIGNATION OF VICE-CHAIR OF | : | CLIENT SECURITY APPOINTMENT |
| THE PENNSYLVANIA LAWYERS | : | |
| FUND FOR CLIENT SECURITY | : | DOCKET |
| BOARD OF TRUSTEES | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2022, George P. Hartwick, III, is hereby designated as Vice-Chair of the Pennsylvania Lawyers Fund for Client Security Board of Trustees.

Justice Brobson did not participate in the consideration or decision of this matter.